WILLIAM N. DECKER, as Committee of the Estate of CHARLES CONSELYEA, Respondent, *v.* JOHN P. CONSELYEA, Appellant.

Reported below, 166 App. Div. 941.

(Submitted June 14, 1915; decided June 18, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1915, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for an accounting.

The motion was made upon the ground of failure to

file the required undertaking; that the appeal was frivolous, and that permission to appeal had not been obtained.

*Rawdon W. Kellogg* for motion.

*Albert E. Richardson* opposed.

Motion denied. Motion to open default and file new undertaking *nunc pro tunc* granted.

(Submitted June 14, 1915; decided June 18, 1915.)